USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/13/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> -against- <br><br> NZELO OKAFOR, <br><br> Defendant. | 20-Mag-6727 (ALC) <br><br> ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

On July 2, 2020, the Court stayed the release of Nzelo Okafar until July 16, 2020. The government has informed the Court that the United States Marshals Service is unable to transport Mr. Okafar to the District by that date and has requested an extension of the stay. That extension is GRANTED. The Marshals are ordered to transport Mr. Okafar to the Southern District of New York. The government should submit a status report by July 20.

**SO ORDERED.**

Dated: July 13, 2020
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**